377 A.2d 988

Commonwealth v. Mutnik, Appellant.

Argued June 16, 1977. Charles P. Gelso, with him John P. Moses, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, with him Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN, J., dissents and would hold that no crime was committed without an intent to defraud in the instant case. Section 4105 of the Crimes Code, Act of December 6, 1972, P.L. 1482, No. 334, § 1; 18 Pa.C.S. § 4105, provides only that an actor pass a check and that he knows that the check will not be honored. The section does not explicitly require that anything of value pass or that the victim be injured or

harmed in any way. Cf., *Commonwealth v. Conti*, 236 Pa.Superior Ct. 488, 345 A.2d 238 (1975); *Commonwealth v. Ulsh*, 68 D.&C.2d 124 (1974). As such, § 4105 invites litigants to use the already overtaxed criminal justice system to resolve what are essentially contract disputes. See *Commonwealth v. Gallo*, 473 Pa. 186, 373 A.2d 1109 (1977).